NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURFORD GLOBAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROM TECHNOLOGIES, INC.,<br><br>Defendant/Counterclaimant,<br><br>and<br><br>PETER ARN and SANFORD A. GOMBERG<br><br>Defendants. | Case No. 2:20-cv-10203-JVS-PVC<br><br>**ORDER RE STIPULATION FOR DEFENDANT ROM TECHNOLOGIES, INC.'S TO FILE FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND FIRST AMENDED COUNTERCLAIMS** |

The Court, having considered the parties' Stipulation for ROM Technologies, Inc. to file First Amended Answer to First Amended Complaint and First Amended Counterclaims, and good cause therefore having been shown, hereby ORDERS:

ROM Technologies, Inc.'s First Amended Answer to First Amended Complaint and First Amended Counterclaims, attached as Exhibit 1 to this Stipulation, shall be deemed filed as of the date of this Order.  **A copy shall be separately filed within seven days**.  Plaintiff to file its Answer to the First Amended Counterclaims within 21 days.

**IT IS SO ORDERED.**

DATED: April 26, 2021

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE