IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
ROBERT Y. XIE (SBN 329126)
rxie@feinday.com
FEINBERG DAY KRAMER ALBERTI LIM
TONKOVICH & BELLOLI LLP
577 Airport Blvd., Suite 250
Burlingame, CA. 94010
Tel: 650.825.4300/Fax: 650.460.8443

*Attorneys for Defendant/Counterclaimant ROM Technologies, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURFORD GLOBAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROM TECHNOLOGIES, INC., PETER ARN, and SANFORD A. GOMBERG,<br><br>Defendants. | Case No. 2:20-cv-10203-JVS-PVC<br><br>**DEFENDANTS' [PROPOSED] ORDER RE MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c)**<br><br>Date: Monday, July 12, 2021<br>Time: 1:30 p.m.<br>Crtrm: 10c<br>Judge: Hon. James V. Selna |
| ROM TECHNOLOGIES, INC.,<br><br>Counterclaimant<br>v.<br><br>HURFORD GLOBAL, LLC,<br><br>Counterdefendant | |

| 1  | The Court having considered the motion of Defendants ROM Technologies,
| 2  | Inc., Peter Arn and Sanford A. Gomberg ("Defendants") for Judgment on the
| 3  | Pleadings pursuant to Federal Rules of Civil Procedure Rule 12(c) on Counts I-VII
| 4  | and XI of the First Amended Complaint ("FAC"), Dkt. 37, the responses and replies
| 5  | submitted, and the arguments heard thereto, it is hereby ordered that Count I (for
| 6  | Declaratory Judgment), Count II (for Breach of Contract (Specific Performance)),
| 7  | Count III (for Fraud), Count IV (for Breach of Fiduciary Duty), Count V (for
| 8  | Violation of the Illinois Uniform Deceptive Trade Practices Act - 815 ILCS § 510/1
| 9  | *et seq.*), Count VI (for Violation of the Illinois Consumer Fraud and Deceptive
| 10 | Business Practice Act By Means of Unfair Business Practices - 815 ILCS § 505/1
| 11 | *et seq.*) Count VII (for Violation of the Illinois Consumer Fraud and Deceptive
| 12 | Business Practice Act By Means of Deceptive Acts or Practices - 815 ILCS § 505/1
| 13 | *et seq.*) and Count XI (for Negligent Misrepresentation) shall be and hereby are
| 14 | dismissed with prejudice.
| 15 |
| 16 | **IT IS SO ORDERED**.
| 17 |
| 18 | Dated: _____
| 19 |                                                    _____
| 20 |                                                    Hon. Judge James Selna
|    |                                                    UNITED STATES DISTRICT JUDGE