# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CV 20-10203JVS (PVCx)           Date  June 29, 2021 |
| Title | Hurford Global LLC v. ROM3 California, LLC et al. |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] Order Regarding Sealed Documents**

The Court has preliminarily reviewed the pending motion to dismiss. ECF No. 104. In so doing, the Court has discovered that the sealed First Amended Complaint and its exhibits cannot be accessed on CM/ECF. See ECF Nos. 40, 40-1, and 40-2.

The Court **ORDERS** Plaintiff Hurford Global LLC to file sealed versions of the First Amended Complaint and its exhibits on CM/ECF so they can be accessed by the Court and the Parties.

**IT IS SO ORDERED.**

|   | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |