David H. Pierce (SBN 150231)
dpierce@dhpierce.com
Larry J. Liu (SBN 175799)
lliu@dhpierce.com
**DAVID H. PIERCE & ASSOCIATES PC**
15260 Ventura Boulevard, Suite 730
Sherman Oaks, CA 91403
(818) 826-5480; Fax: (818) 826-5486

Mark C. Goldenberg (*pro hac vice*)
mark@ghalaw.com
Kevin P. Green (*pro hac vice*)
kevin@ghalaw.com
**GOLDENBERG HELLER & ANTOGNOLI, P.C.**
2227 S. State Route 157
Edwardsville, IL 62025
(618) 656-5150; Fax: (618) 656-6230

Attorneys for Plaintiff / Counterdefendant
HURFORD GLOBAL, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURFORD GLOBAL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ROM TECHNOLOGIES, INC., et al.,<br><br>    Defendants.<br><br>ROM TECHNOLOGIES, INC.,<br><br>    Counterclaimant,<br><br>    v.<br><br>HURFORD GLOBAL, LLC,<br><br>    Counterdefendant. | Case No. 2:20-cv-10203-JVS-PVC<br><br>**ORDER REGARDING FILING AMENDED COMPLAINT** |

1

The Court, having considered the Parties' Stipulated Request Regarding Filing of Amended Complaint, hereby ORDERS that the deadline for Plaintiff to file an Amended Complaint is extended to September 15, 2021. All other scheduling deadlines shall remain the same, i.e., as set forth in the Court's Order Regarding Balance of Case Management Dates, Dkt. 102, and Order Regarding Extension of Scheduling Deadlines. Dkt. 110.

IT IS SO ORDERED.

DATED: August 31, 2021

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE